RICHARD TAYLOR, ET AL., PROSECUTORS–APPELLANTS, v. THE CITY OF HACKENSACK, ET AL., DE-FENDANTS–RESPONDENTS.

Argued December 13, 1948—Decided December 20, 1948.

*Mr. David Cohn* argued the cause for the prosecutors-appellants (*Mr. Herman Greenstone,* attorney; *Mr. Abram Simon,* on the brief).

*Mr. Ralph W. Chandless* argued the cause for the defendant-respondent, The City of Hackensack (Messrs. *Chandless, Weller, Kramer & Frank,* attorneys; *Mr. Ernest Weller,* on the brief).

*Mr. John J. Breslin* argued the cause for the defendants-respondents Fred Ingannamort et al. (*Mr. George I. Marcus,* attorney).

PER CURIAM. The judgment under review will be affirmed for the reasons expressed in the opinion of Mr. Justice Eastwood.

*For affirmance:* Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD and ACKERSON—6.

*For reversal:* None.